David A. Riggi, Esq.
Nevada Bar No. 4727
7900 W Sahara Ave Suite 100
Las Vegas, NV 89117
Phone:  (702) 463-7777
Fax:  (888) 306-7157
E-mail: RiggiLaw@gmail.com
***Attorney for the Debtor in Possession***

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 26-12174-ABL |
| JQ LEASING SERIES II LLC, | ) Chapter 11 |
| | ) |
| | ) Date:   May 13, 2026 |
| Debtor in Possession.) | |
| | ) Time:  1:30 p.m. |
| | ) |
| | ) |
| | ) |

## DEBTOR'S STATUS REPORT

JQ Leasing Series II LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 Subchapter V case (the "Debtor"), by and through its proposed counsel, David A. Riggi, hereby submits this Status Report in advance of the status conference.

## I. Case Background

The Debtor commenced this case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code on April 7, 2026 ("Petition Date"), and elected treatment as a single asset real estate case (a "SARE"). The Debtor is wholly owned and managed by another limited liability company, Samnite LLC, which is wholly owned by member-managers Ronald A. Memo and his spouse. The filing was precipitated by a non-judicial foreclosure scheduled by First Security Bank of Nevada ("FSB"), the holder of a deed of trust against the Debtor's sole asset. The underlying

1

FSB loan termed in April 2025; the Debtor paid approximately $53,104.44 in extension fees in an effort to secure a renewal, but FSB declined to extend, resulting in default and the noticed trustee's sale that the petition stayed.

## II. The Series LLC Configuration

The Debtor, JQ Leasing Series II LLC, is a series of JQ Leasing, LLC, a Nevada series limited liability company organized under Nevada law  JQ Leasing Series II LLC was organized as a separate series for the purpose of holding the Property described below; it maintains its own employer identification number, separate from the master JQ Leasing, LLC, and the Property is titled in the name of the Debtor series. Only this series — and not JQ Leasing, LLC or any other series — has filed for Chapter 11 protection in this case.

## III. The Property, Secured Debt, and Proposed Sale

The Debtor's sole asset is the commercial real property located at 1590 East Flamingo Road, Las Vegas, Nevada 89119, APN 162-14-411-008 (the "Property"), a stand-alone restaurant/tavern building formerly operated by a tenant under the name "Bar Code Burgers." The Property is currently vacant. FSB's prepetition payoff balance, is approximately $1,333,195.69. The Property was appraised at $2,400,000 on November 6, 2025, by Southwest Property Consultants, and was listed for sale through Logic Commercial Real Estate.

The Debtor has now received, and is finalizing, a proposed purchase agreement for the Property at a price, although less than the appraised values, will be sufficient to satisfy all allowed secured, priority, administrative, and general unsecured claims against the estate in full, with a surplus to the Debtor's equity holder. The Debtor anticipates promptly filing the necessary papers to bring the sale before the Court, whether by motion under 11 U.S.C. § 363 or through incorporation of the sale into the Debtor's plan. The Debtor is aware of no other secured claims

against the Property, has no employees, no operating revenues, and no active leases generating cash collateral at this time.

### IV. Efforts Undertaken to Date

Since the Petition Date, the Debtor has accomplished the following in furtherance of a consensual plan of reorganization: The Debtor timely filed its Schedules, Statement of Financial Affairs, and other initial filings, and remains current with the Office of the United States Trustee; the Debtor's Initial Debtor Interview with the Office of the United States Trustee has been concluded; and the Debtor's meeting of creditors under 11 U.S.C. § 341(a) has been concluded. The Debtor has maintained in-force general liability and property insurance, with FSB named as mortgagee and will include the U.S. Trustee added as a notice party. The Debtor has actively marketed which culminated in the proposed purchase agreement described above.  The Debtor is actively pursing debtor in possession bank accounts with at least two banking institutions.

### V. Efforts to Be Undertaken

1.      **Sale Motion or Plan-Based Sale.** Filing of a motion under 11 U.S.C. § 363 to approve the pending sale, or, in the alternative, incorporation of the sale into the Debtor's plan, with proceeds applied to administrative claims, FSB's allowed secured claim in full, and all remaining allowed claims in full, with surplus to the Debtor's equity holder.

2.      **Broker and Attorney Employment Applications.** Filing of applications under 11 U.S.C. § 327 to employ undersigned counsel and Logic Commercial Real Estate as the Debtor's listing broker, with appropriate disclosures.

3.      **Plan and Disclosures.** Filing of a plan of reorganization on or before the 90-day deadline absent extension.

4.      **Continued Coordination**. Coordination with FSB, the proposed purchaser, and the U.S. Trustee, with the goal of a fully consensual plan.

**VI. Prospects for a Consensual Plan**

The Debtor believes the prospects for a consensual plan are excellent. The Property is the Debtor's sole material asset; a proposed purchase agreement at a price exceeding the aggregate of all anticipated claims is in hand; FSB will be paid in full from sale proceeds; and any other allowed claims are likewise expected to receive payment in full. There is no operating business to rehabilitate, no contested claims litigation pending, and no apparent obstacle to confirmation. Because every impaired class is anticipated to receive payment in full, the Debtor expects each such class either to accept the plan or to be rendered unimpaired by full cash payment, supporting confirmation.

**VII. Conclusion**

A very quick consummation of this reorganization is very likely. The Debtor respectfully submits this report in compliance with the court's directive and stands ready to address any questions or concerns of the Court, the U.S. Trustee, and parties in interest at the upcoming status conference.

DATED: May 8, 2026.

RIGGI LAW FIRM

/s/ David A. Riggi
DAVID A. RIGGI
Nevada Bar No. 4727
7900 W. Sahara Avenue, Suite 100
Las Vegas, Nevada 89117
riggilaw@gmail.com
Attorney for Debtor

4